```
                                    FILED
                            U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                            2005 JUL -5  AM 11: 51

                            LORETTA G. WHYTE
                                  CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIA GILBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-411-SRD-SS** |
| **TORCH OFFSHORE, INC.** | |

### REPORT AND RECOMMENDATION

On February 15, 2005, the plaintiff, Maria A. Gilbert ("Gilbert"), filed a complaint against Torch Offshore, Inc. Rec. doc. 1. Gilbert sought relief pursuant to Title VII, 42 U.S.C. § 2000(e), for alleged employment discrimination and is represented by counsel. <u>Id</u>. The matter was automatically referred to the undersigned. Since the filing of the complaint, Gilbert has not filed any evidence of service of the summons and complaint. The Federal Rules of Civil Procedure provide:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or upon its own initiate after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant. . . .

Fed. R. Civ. P. 4(m). The matter was set for the call docket on June 22, 2005. Rec. docs. 2. Gilbert's counsel reported that he would file a motion to dismiss without prejudice, but he did not do so. Gilbert was notified of the requirements of Rule 4(m) and that her complaint would be



```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____
```

dismissed without prejudice if she did not file proof of service of the summons and complaint in the record. More than 120 days has elapsed since the filing of the complaint. It will be recommended that her complaint be dismissed without prejudice.

## RECOMMENDATION

IT IS RECOMMENDED that the complaint of Maria A. Gilbert be DISMISSED WITHOUT PREJUDICE.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 6 day of July, 2005.

SALLY SHUSHAN
United States Magistrate Judge

2