

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARIA GILBERT**                                     CIVIL ACTION

**VERSUS**                                            NO: 05-411-SRD-SS

**TORCH OFFSHORE, INC.**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the complaint of Maria B. Gilbert be DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 30th day of July, 2005.

UNITED STATES DISTRICT JUDGE

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____